**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHAD ANTHONY LOUIS FOWLER**                                    **PLAINTIFF**
**#1762**

**v.**                          **CASE NO. 3:20-CV-00170-BSM**

**C. MORRIS, *et al*.**                                              **DEFENDANTS**

## ORDER

Chad Fowler's motion to proceed *in forma pauperis* [Doc. No. 1] is denied without prejudice. He did not submit a certificate and calculation sheet signed by an official at the Independence County Detention Center, *see* 28 U.S.C. § 1915(a)(2). He is directed to file a complete *in forma pauperis* application within thirty (30) days of the date of this order. The clerk is directed to send Fowler an application, along with a copy of this order.

Fowler is hereby notified that Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires pro se litigants to (1) promptly notify the court and the other parties in the case of any change of address; (2) monitor the progress of the case; and (3) prosecute or defend the action diligently. Failure by a pro se plaintiff to respond to any communication from the court within thirty (30) days may result in the dismissal of the plaintiff's case. A party proceeding pro se shall be expected to be familiar with, and follow, the Federal Rules of Civil Procedure as well as the Local Rules of this court. A copy of the Local Rules may be obtained from the clerk. The Federal Rules of Civil Procedure are available in many libraries (including this court's library) and bookstores.

IT IS SO ORDERED this 15th day of July, 2020.


_____
UNITED STATES DISTRICT JUDGE