# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHAD ANTHONY LOUIS FOWLER**                                          **PLAINTIFF**
**#1762**

v.                     **CASE NO. 3:20-CV-00170 BSM**

**C. MORRIS,** *et al.*                                                             **DEFENDANTS**

## ORDER

Chad Fowler's motion to proceed *in forma pauperis* [Doc. No. 4] is granted, but he must still pay the full filing fee of $350.

Fowler is not required to pay an initial partial filing fee. Doc. No. 4. His custodian shall withdraw monthly payments in the amount of twenty percent of the preceding month's income credited to his account each time the account exceeds $10 until the statutory fee has been paid in full. 28 U.S.C. § 1915(b)(2). The clerk is directed to send a copy of this order to the administrator of the Independence County Detention Facility.

Fowler's incarceration at the Independence County Detention Facility triggers automatic screening of his complaint. *See* 28 U.S.C. § 1915A. Fowler alleges he was falsely charged with assault and battery, and is being unlawfully detained, among other claims. Compl. at 6–8, Doc. No. 2. To the extent that he seeks release, that remedy is not available in this civil rights action. *See Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973). To the extent that he seeks damages, it is not proper to consider such a request while his state criminal case is ongoing. *See Younger v. Harris*, 401 U.S. 37, 43–45 (1971); *Yamaha Motor Corporation, U.S.A. v. Stroud,* 179 F.3d 598, 603–04 (8th Cir. 1999). Lastly, Fowler's deliberate

indifference and First Amendment claims are dismissed because they are not properly joined in this case. Fed. R. Civ. P. 20.

This case is stayed. Fowler can move to reopen this case after final disposition of his state case, including appeal. Any motion to reopen must be filed within sixty (60) days of that final disposition. If Fowler does not file a timely motion to reopen or a status report by December 17, 2020, then this case will be dismissed without prejudice.

IT IS SO ORDERED, this 18th day of August, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE