IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHAD ANTHONY LOUIS FOWLER**                                                                 **PLAINTIFF**
**#1762**

v.                                      CASE NO. 3:20-CV-00170 BSM

**C. MORRIS,** *et al.*                                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE